Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10366−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dyetanion Ferguson
   117 Brookdale Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−5527

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/29/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 29, 2019
JAN: jf

Jeanne Naughton
Clerk

```
                      United States Bankruptcy Court
                           District of New Jersey
In re:                                                       Case No. 19-10366-VFP
Dyetanion Ferguson                                           Chapter 13
           Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Mar 29, 2019
                             Form ID: 148             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db             +Dyetanion Ferguson,    117 Brookdale Avenue,    Newark, NJ 07106-1964
517957616      +Aaron Bail Bonds,    c/o S. Robert Cygan Esq.,    PO Box 809,    Caldwell, NJ 07007-0809
517957617      +Bank Of America,    4909 Savarese Circle,   Fl1-908-01-50,    Tampa, FL 33634-2413
517957619       Bayview Loan Servicing, LLC,    P.O. Box 650091,   Dallas, TX 75265-0091
517957620      +Chase Mortgage,    Attn: Case Research & Bankruptcy,    Po Box 24696,   Columbus, OH 43224-0696
517957621      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
517957624      +Lyons, Doughty and Velhuis, PC,    136 Gaither Drive,   Suite 100,   Mount Laurel, NJ 08054-2239
517957626      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517957627      +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021
517957629      +Thrift Investment Corp,    Attn: Bankruptcy Department,    720 King George Rd.,
                 Fords, NJ 08863-1985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2019 00:30:51      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2019 00:30:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517957618      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 30 2019 00:31:21
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518125669      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 30 2019 00:31:21
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517957622      +EDI: CCS.COM Mar 30 2019 03:58:00      Credit Collection Services,   Attn: Bankruptcy,
                 725 Canton St,   Norwood, MA 02062-2679
517957623      +EDI: RCSFNBMARIN.COM Mar 30 2019 03:58:00      Credit One Bank,   Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas, NV 89193-8873
518047300       EDI: JEFFERSONCAP.COM Mar 30 2019 03:58:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
518099122       EDI: PRA.COM Mar 30 2019 03:58:00     Portfolio Recovery Associates, LLC,   c/o Orchard Bank,
                 POB 41067,   Norfolk VA 23541
517957625      +EDI: PRA.COM Mar 30 2019 03:58:00     Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
517986949      +EDI: AIS.COM Mar 30 2019 03:58:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517957631      +EDI: VERIZONCOMB.COM Mar 30 2019 03:58:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
518072752      +EDI: AIS.COM Mar 30 2019 03:58:00     Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517957632       EDI: WFFC.COM Mar 30 2019 03:58:00     Wells Fargo Bank,    Attn: Bankruptcy Dept,   Po Box 6429,
                 Greenville, SC 29606
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517957630*     +Thrift Investment Corp,   Attn: Bankruptcy Department,    720 King George Rd.,
                 Fords, NJ 08863-1985
517957628     ##+Teeasha Baker,   163 Dewey Street,    2d floor,   Newark, NJ 07112-1357
                                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Mar 29, 2019
                              Form ID: 148             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Gertner    on behalf of Debtor Dyetanion  Ferguson mark@gertnerlaw.com,
               gconley@gertnerlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```